[No. 26125–8–I.   Division One.   June 10, 1991.]

*In the Matter of the Marriage of* TIMOTHY J. BENDAWALD, *Appellant, and* MARY C. BENDAWALD, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–3–02417–2, Gilbert E. Mullen, J., entered April 30, 1990. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 24546–5–I.   Division One.   June 10, 1991.]

WEST COAST PACKERS, INC., *Respondent,* v. KRISTINE KOLASH CLOGSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–2–02556–4, Richard J. Thorpe, J., entered July 19, 1989. *Reversed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Pekelis, JJ.

[No. 26402–8–I.   Division One.   June 10, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST RHYNES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–04109–1, Ricardo Martinez, J., entered June 20, 1990. *Reversed* by unpublished per curiam opinion.

[No. 26618–7–I.   Division One.   June 10, 1991.]

*In the Matter of the Personal Restraint of* CHARLES J. BROUSSARD, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.